## CERTIFICATE OF SERVICE

I, Mary E. Augustine, Esquire, hereby certify that on the 20th day of February, 2006, I caused a true and correct copy of the **Stipulation of Dismissal**, to be served upon the party listed below in the manner indicated.

**VIA FEDERAL EXPRESS**

Robert C. Meyer, Esquire
*Robert C. Meyer, P.A.*
2223 Coral Way
Miami, FL 33145

Mary E. Augustine (No. 4477)

617486v1